UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VANAZZA GREENE, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

NOBLES & COMPANY, LLC, d/b/a YOURINCOMESPACE.COM

   *Defendant*.

_____/

Case No. 1:22-cv-22512-JLK

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Vanazza Greene, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Vanazza Greene, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: October 07, 2022

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.

Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on October 07, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

           **SHAMIS & GENTILE, P.A.**
           14 NE 1st Ave., Suite 705
           Miami, FL 33132
           Telephone (305) 479-2299
           Facsimile (786) 623-0915
           Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
        Andrew J. Shamis, Esq.
        Florida Bar # 101754

*Counsel for Plaintiff and the Class*