United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Vanazza Greene, individually and on behalf of all others similarly situated, Plaintiff,<br><br>v.<br><br>Nobles & Company, LLC d/b/a yourincomespace.com, Defendant. | )<br>)<br>)<br>) Civil Action No. 22-22512-Civ-Scola<br>)<br>)<br>)<br>) |

### Order of Dismissal

The Plaintiff has dismissed this case with prejudice as to herself consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 10.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on October 7, 2022.

_____
Robert N. Scola, Jr.
United States District Judge